**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6274**

———————

DAVID LEE PRINCE, JR.,

Plaintiff - Appellant,

versus

DONALD R. GUILLORY, Warden; LARRY W. JARVIS,
Assistant Warden; MAGGIE P. WATKINS, Assistant
Warden; EARL R. BARKSDALE, Major; J. C. COMBS,
Lieutenant, Officer in Charge; L. B. COLLINS,
Adjustment Committee,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-98-1625-AM)

———————

Submitted:  May 13, 1999                    Decided:  May 18, 1999

———————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

David Lee Prince, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Lee Prince, Jr., a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint under 28 U.S.C.A. § 1915(A) (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Prince v. Guillory, No. CA-98-1625-AM (E.D. Va. Feb. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2